# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAFAR MOHSENZADEH,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, et. al,<br><br>　　　　　　　　　　Defendants. | Case No.:  20-CV-0672 W (AHG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 21]** |

Parties have filed a joint motion to dismiss this action with prejudice.  [Doc. 21.] Good cause appearing, the Court **GRANTS** the joint motion.  This action is dismissed **WITH PREJUDICE**.  Per the terms of the joint motion, each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated:  October 19, 2020

_____
Hon. Thomas J. Whelan
United States District Judge